1  KAREN P. HEWITT
   United States Attorney
2  FRED SHEPPARD
   Assistant United States Attorney
3  California State Bar No. 250781
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7176
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

```
FILED

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    EF              DEPUTY
```

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,          )   Magistrate Case No. 08MJ8682
11                                     )   08CR2754-DMS
                      Plaintiff,       )
12                                     )   **STIPULATION OF FACT AND JOINT
          v.                           )   MOTION FOR RELEASE OF
13                                     )   MATERIAL WITNESS(ES) AND
   MARTINA DOLORES MURILLO,            )   ORDER THEREON**
14                                     )
                      Defendant.       )
15   _____)   **(Pre-Indictment Fast-Track Program)**

16       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Fred

18  Sheppard, Assistant United States Attorney, and defendant MARTINA DOLORES MURILLO, by

19  and through and with the advice and consent of defense counsel, Leila W. Morgan, that:

20       1.    Defendant agrees to execute this stipulation on or before the first preliminary hearing

21  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25  § 1324(a)(1)(A)(i) and (v)(II).

26  //

27  //

28  //

    FAS:mg

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2 provide the signed, original plea agreement to the Government not later than five business days

3 before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5 before September 3, 2008.

6    4.    The material witness, Guadalupe Galindo-Gonzalez, in this case:

7        a.    Is an alien with no lawful right to enter or remain in the United States;

8        b.    Entered or attempted to enter the United States illegally on or about

9 July 31, 2008;

10        c.    Was found near the international border with Mexico and was being guided

11 by defendant, and defendant knew of the fact that she was an alien with no lawful right to enter or

12 remain in the United States;

13        d.    Was paying $1,800 to others to be brought into the United States illegally

14 and/or transported illegally to their destination therein; and,

15        e.    May be released and remanded immediately to the Department of Homeland

16 Security for return to her country of origin.

17    5.    After the material witness is ordered released by the Court pursuant to this stipulation

18 and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or

19 thereafter withdraws her guilty plea to that charge, defendant agrees that in any proceeding,

20 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

21        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

22 substantive evidence;

23        b.    The United States may elicit hearsay testimony from arresting agents

24 regarding any statements made by the material witness(es) provided in discovery, and such testimony

25 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

26 of (an) unavailable witness(es); and,

27 //

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Martina Dolores Murillo    2    08MJ8682

1       c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4    waives the right to confront and cross-examine the material witness(es) in this case.

5       6.      By signing this stipulation and joint motion, defendant certifies that defendant has

6    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

7    further that defendant has discussed the terms of this stipulation and joint motion with defense

8    counsel and fully understands its meaning and effect.

9       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10   immediate release and remand of the above-named material witness(es) to the Department of

11   Homeland Security for return to their country of origin.

12      It is STIPULATED AND AGREED this date.

13                                              Respectfully submitted,

14                                              KAREN P. HEWITT
                                                United States Attorney
15

16   Dated: _8/14/08_ .

17                                              FRED SHEPPARD
                                                Assistant United States Attorney
18

19   Dated: _8/10/08_ .

20                                              LEILA W. MORGAN
                                                Defense Counsel for Martina Dolores Murillo
21   Dated: _8/10/08_ .

22                                              MARTINA DOLORES MURILLO
                                                Defendant
23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in                          3                          08MJ8682
     United States v. Martina Dolores Murillo

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated:   **8-14-08**

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Martina Dolores Murillo                    4                    08MJ8682